12394.   GOLDSTEIN BROTHERS *v.* BROWN *et al.*

HILL, J.   Goldstein Brothers obtained a judgment against Brown and had summons of garnishment issued thereon and served on the La-Grange Banking and Trust Company. The garnishee answered that it held a certain sum due the defendant. There was no traverse to the answer. A claim to the fund was filed, and, when the claim case was called, neither the plaintiffs nor their counsel were present; the claimant introduced evidence, and took a verdict finding the property " not subject." *Held*:

1. This was unauthorized by law. When a claim is filed and at the hearing neither the plaintiff nor counsel representing the plaintiff is present, the levy should be dismissed. *Bell* v. *Martin*, 142 *Ga.* 55 (82 S. E. 444).

2. The answer of the garnishee admitting indebtedness to the defendant, but *no* traverse of the answer having been filed, the claimant could not legally obtain a judgment in her favor. *Davis* v. *Pringle*, 108 *Ga.* 93 (33 S. E. 815); *Booth* v. *Brooke*, 6 *Ga. App.* 299 (64 S. E. 1103).

*Judgment reversed. Jenkins, P J., and Stephens, J., concur.*

DECIDED AUGUST 3, 1921.

Claim; from city court of LaGrange — Judge Duke Davis. March 8, 1921.

*W. E. Armistead, Hatton Lovejoy,* for plaintiffs.